Julie A. Mersch, Esq.
Nevada Bar No. 004695
LAW OFFICE OF JULIE A. MERSCH
701 S.7th Street
Las Vegas, NV  89101
(702) 387-5868
jam@merschlaw.com
*Attorney for Plaintiff Vickie Baker*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VICKIE BAKER | ) CASE NO.: 2:16-cv-02685-RFB-PAL |
| | ) |
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER FOR** |
| vs. | ) **DISMISSAL WITH PREJUDICE** |
| | ) |
| METROPOLITAN LIFE INSURANCE | ) |
| COMPANY, an Oregon Corporation; and | ) |
| DOES I through V inclusive, and ROES I | ) |
| through V, inclusive, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

COME NOW Plaintiff VICKIE BAKER and Defendant METROPOLITAN LIFE

INSURANCE COMPANY, by and through their respective attorneys, and hereby stipulate to

a dismissal of this action in its entirety, with prejudice, each party to bear its own attorneys'

fees and costs.

DATED:  May 31, 2017          LAW OFFICE OF JULIE A. MERSCH


By:  /s/ Julie A. Mersch
          JULIE A. MERSCH
          jam@merschlaw.com
          Nevada Bar No.: 004695
          701 S. 7th Street
          Las Vegas, NV 89101
          *Attorney for Plaintiff VICKIE BAKER*

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE                                    1

DATED:  May 31, 2017                LEWIS ROCA ROTHGERBER CHRISTIE


By:    /s/  Malani Dale Kotchka-Alanes
       MALANI DALE KOTCHKA-ALANES
       Nevada Bar No. 13168
       mkotchkaalanes@lrrc.com
       3993 Howard Hughes Pkwy., Ste. 600
       Las Vegas, NV 89169-5996

       Pro Hac Vice:
       Stephen M. Bressler, Esq.
       sbressler@lrrc.com
       201 E. Washington St., Ste. 1200
       Phoenix, AZ 85004
       *Attorneys for Defendant*
       *METROPOLITAN LIFE INSURANCE*
       *COMPANY*


**IT IS SO ORDERED:**

Dated this  1st  day of   June        , 2017.


_____.

RICHARD F. BOULWARE, II
United States District Judge